STATE v. ARMISTEAD

No. 359P02

Case below: 150 N.C. App. 714

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. ARTIS

No. 489A02

Case below: 151 N.C. App. 749

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002.

STATE v. BILLINGS

No. 414P02

Case below: 151 N.C. App. 598

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. BROWN

No. 444P02

Case below: 151 N.C. App. 598

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. BROWN

No. 643P01

Case below: 146 N.C. App. 590

Motion by Attorney General to dismiss appeal allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.